1  Scott R. Mosko (State Bar No. 106070)
   Email: scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Of Counsel:
6
   Christopher S. Schultz
7  Email: christopher.schultz@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
8    GARRETT & DUNNER, L.L.P.
   55 Cambridge Parkway
9  Cambridge, Massachusetts 02142-1292
   Telephone: (617) 452-1600
10 Facsimile: (617) 452-1666

11 Attorneys for Defendant
   NETSCOUT SYSTEMS, INC.

   FILED SOUTHERN D[...]
   CLERK, U.S. DISTRICT [...]
   JAN 16 2007
   CENTRAL DISTRICT OF CALIFORNIA
   BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION - SANTA ANA

**BY FAX**

| | |
|---|---|
| DIAGNOSTIC SYSTEMS CORP., <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORPORATION, CA INC., F-SECURE, INC., NETIQ CORPORATION, QUEST SOFTWARE, INC., NETSCOUT SYSTEMS, INC., and MOTIVE, INC., <br><br> Defendants. | CASE NO. 8:06-CV-01211-CJC-AN <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT NETSCOUT SYSTEMS, INC. TO RESPOND TO COMPLAINT** |

Defendant NetScout Systems, Inc. ("NetScout") has requested, and Plaintiff Diagnostic Systems Corporation ("Diagnostic Systems") has agreed, to extend the time for NetScout to respond to Diagnostics Systems' Complaint to February 9, 2007.

DOCKETED ON CM
JAN 18 2007

1

1     Accordingly, it is hereby stipulated that NetScout has until February 9, 2007 to
2 respond to the Complaint.
3 IT IS SO STIPULATED.
4
5 Dated January 3, 2007
6                                  FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, L.L.P.
7
8                                  By: _____
9                                      Scott R. Mosko
10                                 Attorneys for Defendant
                                NETSCOUT SYSTEMS, INC.
11
                                -and-
12 DATED January 4, 2007
13                                 HENNIGAN, BENNETT & DORMAN
14
15                                 By: _____
                                   Omer Salik
16
17                                 Attorneys for Plaintiff
                                DIAGNOSTIC SYSTEMS CORP.
18
19
20
21
22
23
24
25
26
27
28

# ORDER

It is ORDERED that:

Defendant NetScout Systems, Inc. shall have until February 9, 2007 to Answer or otherwise plead to the Complaint filed by Diagnostic Systems Corporation.

Dated January 9, 2007

United States District Judge
Cormac J. Carney