| | |
|---|---|
| 1 | Dan E. Chambers (SBN 156853) |
|  | Ako S. Williams (SBN 212451) |
| 2 | RUTAN & TUCKER, LLP |
|  | 611 Anton Boulevard, Fourteenth Floor |
| 3 | Costa Mesa, California 92626-1931 |
|  | Telephone:  714-641-5100 |
| 4 | dchambers@rutan.com |
|  | awilliams@rutan.com |
| 5 | |
| 6 | Attorneys for Counterclaim-Defendants |
|  | ACACIA RESEARCH CORPORATION, |
| 7 | ACACIA PATENT ACQUISITION CORPORATION, AND |
|  | ACACIA TECHNOLOGY SERVICES |
| 8 | CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DIAGNOSTIC SYSTEMS CORP., | CASE NO. SA CV 06-1211 DOC (ANx) |
| *Plaintiff,* | **LEAD CASE (CONSOLIDATED** with Case No. SACV07-960 AG (MLGx)) |
| vs. | **NOTICE OF MOTION AND MOTION OF COUNTERCLAIM-DEFENDANTS ACACIA RESEARCH CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, AND ACACIA TECHNOLOGY SERVICES CORPORATION TO DISMISS AND/OR STRIKE DEFENDANT F-SECURE'S COUNTERCLAIMS** |
| SYMANTEC CORPORATION, et al., etc. | |
| *Defendants.* | |
| | Date Action Filed;  December 14, 2006 |
| | Trial Date:  October 21, 2008 |
| | Proposed Trial Date: March 31, 2009 |
| | Hearing |
| | Date:  February 19, 2008 |
| | Time:  8:30 a.m. |
| | Ctrm.:  9D |
| | The Honorable David O. Carter |

F-SECURE, INC.,

    *Counterclaimant*,

vs.

DIAGNOSTIC SYSTEMS CORPORATION, ACACIA RESEARCH CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, and ACACIA TECHNOLOGY SERVICES CORPORATION,

    *Counterclaim-Defendants.*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 19, 2008, at 8:30 a.m.[1] or as soon thereafter as the matter may be heard, before the Honorable David O. Carter in Department 9D of the United States District Court, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), counterclaim-defendants Acacia Research Corporation, Acacia Patent Acquisition Corporation, and Acacia Technology Services Corporation will and hereby do move this Court to dismiss the counterclaims of F-Secure, Inc. ("F-Secure") for lack of case or actual controversy under the Declaratory Judgment Act and pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction, as well as Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place with counsel for F-Secure on Thursday, December 20, 2007. *See* Declaration of Jennifer M. Rynell in Support of Plaintiff's Memorandum Of Points and Authorities ISO of Its Motion to Strike Defendant F-Secure Inc.'s and

---

[1] Plaintiff has noticed the hearing on its Motion for February 19, 2008, as this is the date currently set for the Status Conference and Motions Hearing. *See* Court's Minute Order dated 12/20/2007 [Doc. No. 297].

Defendant Business Objects Americas' Affirmative Defenses and Counterclaims ("Rynell Decl.") at ¶ 2 [Doc. No. 307].

      This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support thereof and the Declaration of Joseph P. Aiena filed concurrently herewith, the complete files and records in this action, and upon such further oral and documentary evidence and argument as may be presented at or prior to the hearing of the Motion.

Dated: December 31, 2007        RUTAN & TUCKER, LLP
                                            DAN E. CHAMBERS
                                            AKO S. WILLIAMS

                                        By:  */s/ Ako S. Williams*
                                                 Ako S. Williams

# **PROOF OF SERVICE**

I, Rachel Myrick, declare:

I am over the age of 18 years, am not a party to this Action, and am employed in the County of Dallas, Texas. My business address is SHORE CHAN BRAGALONE LLP, 325 N. St. Paul, Suite 4450, Dallas, Texas 75201.

On December 31, 2007, I caused to be served the following attached documents:

**NOTICE OF MOTION AND MOTION IN SUPPORT OF COUNTERCLAIM-DEFENDANTS ACACIA RESEARCH CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, AND ACACIA TECHNOLOGY SERVICES CORPORATION MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS AND/OR STRIKE DEFENDANT F-SECURE'S COUNTERCLAIMS**

on the following individuals and entities, as addressed below in the Service List, by the means indicated below:

\_\_\_ **BY FEDERAL EXPRESS.** I caused above-identified document(s) to be placed in a sealed Federal Express envelope(s) with delivery fees fully prepaid, for delivery to addressee(s) on the next business day.

\_\_\_ **BY FACSIMILE.** I caused the above-identified document(s) to be sent by facsimile transmission to the party(ies) listed below at the facsimile number(s) shown.

\_\_\_ **BY HAND DELIVERY.** I directed a messenger/courier to personally deliver said document(s) to the addressees identified below on the same business day.

\_\_\_ **BY U.S. MAIL.** I caused the above-identified document(s) to be deposited for collection at Shore Chan Bragalone following the regular practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on this day.

**_X_ ELECTRONIC MAIL.** I caused the above-identified document(s) to be sent by electronic mail via the Court's ECF filing system to all counsel of record for Defendants and electronic mail to all parties who have not registered for ECF filing.

I declare under penalty of perjury that the following is true and correct.

Executed at Dallas, Texas on December 31, 2007.

*/s/ Rachel Myrick*
Rachel Myrick

**SERVICE LIST**

CASE NO. SA CV 06-1211 DOC (ANx)[**LEAD CASE**]

*DIAGNOSTIC SYSTEMS CORPORATION vs. SYMANTEC, et. al.*

(**CONSOLIDATED** with Case No. SACVO7-960 AG (MLGx))

*DIAGNOSTIC SYSTEMS CORPORATION vs. COGNOS CORPORATION, et. al.*

| | |
|---|---|
| **NetIQ Corporation** | Harry A. Olivar, Jr., Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017<br>Telephone: 213.443.3000<br>Facsimile: 213.443.3100<br>harryolivar@quinnemanuel.com<br><br>Jean C. Frizzell, Esq.<br>Jeremy L. Doyle, Esq.<br>Sam W. Cruse, III, Esq.<br>Mark A. Guigliano, Esq.<br>Gibbs & Bruns, LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, Texas  77002<br>Telephone 713.650.8805<br>Facsimile: 713.750.0903<br>jfrizzell@gibbs-bruns.com<br>jdoyle@gibbs-bruns.com<br>scruse@gibbs-bruns.com<br>mgiugliano@gibbs-bruns.com |
| **Quest Software, Inc.** | Stephen S. Korniczky, Esq.<br>S. Christian Platt, Esq.<br>Amy E. Simpson, Esq.<br>James V. Fazio, III, Esq.<br>Ericka A. Jacobs, Esq.<br>Paul, Hastings, Janofsky & Walker, LLP<br>3579 Valley Centre Drive<br>San Diego, California  92130<br>Telephone: 858.720.2500<br>Facsimile: 858.720.2555<br>stephenkorniczky@paulhastings.com |

| | |
|---|---|
| | christianplatt@paulhastings.com<br>amysimpson@paulhastings.com<br>jamesfazio@paulhastings.com<br>erickajacobs@paulhastings.com<br><br>Paul J. Wilson, Esq.<br>Paul, Hastings, Janofsky & Walker, LLP<br>875 15th Street, NW<br>Washington, DC  20005<br>Telephone:  202.551.1748<br>Facsimile:   202.551.0148<br>paulwilson@paulhastings.com<br><br>James Coughlan, Esq.<br>Paul, Hastings, Janofsky & Walker, LLP<br>191 N. Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>Telephone: 312.499.6047<br>Facsimile: 312.499.6147<br>jamescoughlan@paulhastings.com |
| **Symantec Corporation** | Mark A. Flagel, Esq.<br>Latham & Watkins, LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone:  213.485.1234<br>Facsimile:  213.891.8763<br>mark.flagel@lw.com<br><br>Michael J. Schallop, Esq.<br>Latham & Watkins, LLP<br>140 Scott Drive<br>Menlo Park, California  94025<br>Telephone:  650.328.4600<br>Facsimile:  650.4632600<br>michael.schallop@lw.com<br><br>David A. Nelson, Esq.<br>Michael F. Harte, Esq.<br>Latham & Watkins LLP<br>233 South Wacker |

| | |
|---|---|
| | Chicago, Illinois  60606<br>Telephone:  312.876.7700<br>Facsimile:  312.993.9767<br>david.nelson@lw.com<br>michael.harte@lw.com |
| **NetScout Systems, Inc.** | Steven M. Hanle, Esq.<br>Stradling Yocca Carlson & Rauth<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, California  92660<br>Telephone:  949.725.4000<br>Facsimile:  949.725.4100<br>shanle@sycr.com<br><br>Richard S. Sanders, Esq.<br>Jay Kesten, Esq.<br>Cooley Godward Kronish LLP<br>The Prudential Tower<br>800 Boylston Street • 46th Floor<br>Boston, MA  02199<br>Telephone: 617.937.2317<br>Facsimile: 617.937.2400<br>rsanders@cooley.com<br>jkesten@cooley.com<br><br>Alastair J.M. Findeis, Esq.<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, California  94111-3580<br>Telephone:  415.693.2000<br>Facsimile:  415.693.2222<br>afindeis@cooley.com |
| **F-Secure, Inc.** | Marc N. Bernstein, Esq.<br>Sarah Botz, Esq.<br>Theodore J. Cody, Esq.<br>The Bernstein Law Group, P.C.<br>555 Montgomery Street, Suite 1650<br>San Francisco, California 94111<br>Main: 415.765.6633<br>Fax:  415.283.4804 |

| | |
|---|---|
| | mbernstein@blgrp.com<br>sbotz@blgrp.com<br>tcody@blgrp.com<br><br>Donald J. Putterman, Esq.<br>Sideman & Bancroft LLP<br>One Embarcadero Center, Eighth Floor<br>San Francisco, California 94111<br>Telephone:  415.392.1960<br>Facsimile:  415.392.0827<br>dputterman@sideman.com |
| **Oracle Corporation** | Mark A. Flagel, Esq.<br>Latham & Watkins, LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone:  213.485.1234<br>Facsimile:  213.891.8763<br>mark.flagel@lw.com<br><br>Michael Harte, Esq.<br>David A. Nelson, Esq.<br>Latham & Watkins LLP<br>Sears Tower – Suite 5800<br>233 South Wacker<br>Chicago, Illinois 60606<br>Telephone:  312.876.7700<br>michael.harte@lw.com<br>david.nelson@lw.com |
| **SAS Institute, Inc.** | David A. Randall, Esq.<br>Robert W. Dickerson, Jr., Esq.<br>Jones Day<br>555 South Flower Street, 15th Floor<br>Los Angeles, CA 90071<br>Telephone: 213.489.3939<br>Facsimile:   213.243.2539<br>darandall@jonesday.com<br>rwdickerson@jonesday.com |

| | |
|---|---|
| **Business Objects Americas f/k/a Business Objects, Inc.** | Robert W. Stone, Esq.<br>Michael Powell, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone: 650.801.5000<br>Facsimile: 650.801.5100<br>robertstone@quinnemanuel.com<br>mikepowell@quinnemanuel.com |
| **BMC Software, Inc.** | Chad Shear, Esq.<br>Fish and Richardson PC<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>Telephone: 214.747.5070<br>Facsimile: 214.747.2091<br>shear@fr.com<br><br>Joseph P. Reid, Esq.<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, California 92130-2081<br>Telephone: 858.678.5070<br>Facsimile: 858.678.5099<br>reid@fr.com<br><br>Michael Chibib, Esq.<br>Bradley D. Coburn, Esq.<br>Ryan McCarthy, Esq.<br>Fish and Richardson PC<br>111 Congress Avenue, Suite 810<br>Austin, Texas 78701<br>Telephone: 512.472.5070<br>Facsimile: 512.320.8935<br>chibib@fr.com<br>coburn@fr.com<br>rmccarthy@fr.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | **Cognos Corporation** | Gregory L. Lippetz, Esq. |
| 3 | | Jessie Amberg, Esq. |
| | | Bingham McCutchen LLP |
| 4 | | Three Embarcadero Center |
| 5 | | San Francisco, California 94111-4067 |
| | | Telephone: 415.393.2655 |
| 6 | | Facsimile: 415.262.9202 |
| 7 | | gregory.lippetz@bingham.com |
| | | jessie.amberg@bingham.com |
| 8 | | |
| 9 | | Ryan M. Nishimoto, Esq. |
| | | Bingham McCutchen LLP |
| 10 | | 335 South Grand Avenue, Suite 4400 |
| 11 | | Los Angeles, California  90071-3106 |
| | | Telephone:  213.680.6400 |
| 12 | | ryan.nishimoto@bingham.com |
| 13 | **International Business Machines Corporation** | Mike Powell, Esq. |
| 14 | | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| | | 555 Twin Dolphin Drive, Suite 560 |
| 15 | | Redwood Shores, CA 94065 |
| 16 | | Telephone: 650.801.5000 |
| | | Facsimile:  650.801.5100 |
| 17 | | mikepowell@quinnemanuel.com |
| 18 | | |
| | **SAP America, Inc.** | Behrooz Shariati, Esq. |
| 19 | | James E. Glore, Esq. |
| 20 | | Jones Day |
| | | 1755 Embarcadero Road |
| 21 | | Palo Alto, California   94303 |
| 22 | | Main: 650.739.3939 |
| | | Fax: 650.739.3900 |
| 23 | | jeglore@jonesday.com |
| 24 | | bshariati@jonesday.com |
| 25 | **Microstrategy, Inc. d/b/a MSIMicrostrategy Incorporated** | William McElwain, Esq. |
| 26 | | James L. Quarles, III, Esq. |
| | | Wilmer Cutler Pickering Hale and Dorr |
| 27 | | 1875 Pennsylvania Avenue, NW |
| 28 | | Washington, DC 20006 |

| | | |
|---|---|---|
| 1 | | Telephone:  202.663.6000 |
| 2 | | Facsimile:  202.663.6363 |
| | | william.mcelwain@wilmerhale.com |
| 3 | | james.quarles@wilmerhale.com |
| 4 | | |
| | | William Bohler, Esq. |
| 5 | | Wilmer Cutler Pickering Hale and Dorr |
| | | 1117 California Avenue |
| 6 | | Palo Alto, California 94304 |
| 7 | | Telephone: 650.858.6000 |
| | | Facsimile:   650.858.6100 |
| 8 | | william.bohler@wilmerhale.com |
| 9 | | |
| 10 | **Information Builders, Inc.** | Jeffrey C. Morgan, Esq. |
| | | Troutman Sanders LLP |
| 11 | | Bank of America Plaza |
| 12 | | 600 Peachtree Street, N.E. |
| | | Atlanta, Georgia  30308-2216 |
| 13 | | Direct Tel:  404.885.3661 |
| 14 | | Direct Fax: 404.962.6530 |
| | | jeffrey.morgan@troutmansanders.com |
| 15 | | |
| 16 | | Joseph H. Einstein, Esq. |
| | | Labaton Sucharow LLP |
| 17 | | 140 Broadway |
| 18 | | New York, New York 10005 |
| | | Telephone:  212.907.0843 |
| 19 | | Facsimile:  212.883.7043 |
| 20 | | jeinstein@labaton.com |
| 21 | | |
| | | Jon W. Gurka, Esq. |
| 22 | | Knobbe, Martens, Olson & Bear, LLP |
| 23 | | 2040 Main Street, 14th Floor |
| | | Irvine, California  92614 |
| 24 | | Telephone: 949.760.0404 |
| 25 | | Facsimile:  949.760.9502 |
| | | jon.gurka@kmob.com |
| 26 | | |

| | |
|---|---|
| **Aspen Technology Inc. d/b/a Massachusetts Aspen Technology, Inc.** | Craig N. Hentschel, Esq.<br>Dykema Gossett LLP<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, California 90071<br>Telephone: 213.457.1800<br>Facsimile: 213.457.1850<br>chentschel@dykema.com<br><br>Robert C. Morgan<br>Hiroyuko Hagiwara<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 596-9000<br>Direct dial: (212) 596-9133<br>Facsimile: (212) 596-9090<br>robert.morgan@ropesgray.com<br>hiroyuki.hagiwara@ropesgray.com |

* * *