1  JEFFREY R. BRAGALONE (*pro hac vice*)
   JENNIFER M. RYNELL (*pro hac vice*)
2  SHORE CHAN BRAGALONE LLP
   325 N. St. Paul Street, Suite 4450
3  Dallas, TX 75201
4  Telephone: (214) 593-9110
   Facsimile: (214) 593-9111
5  jbragalone@shorechan.com
   jrynell@shorechan.com
6

7  DAN E. CHAMBERS (SBN 156853)
   AKO S. WILLIAMS (SBN 212451)
8  RUTAN TUCKER LLP
   611 Anton Boulevard, Suite 1400
9  Costa Mesa, California 92626-1931
10 Telephone: (714) 641-5100
   Facsimile: (714) 546-9035
11 dchambers@rutan.com
   awilliams@rutan.com
12

13 *Attorneys for Plaintiff/Counter-Defendant*
   *Diagnostic Systems Corporation*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DIAGNOSTIC SYSTEMS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYMANTEC CORPORATION; F-SECURE, INC.; NETIQ CORPORATION; QUEST SOFTWARE, INC.; NETSCOUT SYSTEMS, INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION; SAP AMERICA, INC.; MICROSTRATEGY, INC. d/b/a MSIMICROSTRATEGY INCORPORATED; INFORMATION BUILDERS, INC.; ASPEN TECHNOLOGY, INC. d/b/a MASSACHUSETTS ASPEN TECHNOLOGY, INC. <br><br> Defendants. | CASE NO. SA CV 06-1211 DOC (ANx) <br> **LEAD CASE (CONSOLIDATED** with Case No. SACV07-960 AG (MLGx)) <br><br> **PLAINTIFF'S STIPULATION OF DISMISSAL OF F-SECURE, INC.** <br><br> **DEMAND FOR JURY TRIAL** <br><br><br> The Honorable David O. Carter |

| | | |
|---|---|---|
| 1 | DIAGNOSTIC SYSTEMS CORPORATION, | CASE NO. SACV07-960 AG (MLGx)) **(CONSOLIDATED** with Case No. SA CV 06-1211 DOC (ANx) **[LEAD CASE]** |
| 2 | | |
| 3 | *Plaintiff,* | |
| 4 | vs. | |
| 5 | ORACLE CORPORATION; SAS INSTITUTE, INC.; BUSINESS OBJECTS AMERICAS; fka BUSINESS OBJECTS INC.; BMC SOFTWARE, INC.; COGNOS CORPORATION, | |
| 6 | | |
| 7 | | |
| 8 | *Defendants.* | |

Plaintiff Diagnostic Systems Corporation ("DSC"), and Defendant F-Secure, Inc., ("F-Secure") hereby inform the Court that they have resolved the dispute between DSC and F-Secure.

Accordingly, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, DSC hereby dismisses the claims asserted against F-Secure in this action with prejudice to refiling, and F-Secure dismisses with prejudice all claims and counterclaims for declarations and fees asserted in this action, including all claims and counterclaims alleged against DSC and any affiliate of DSC. The parties stipulate that each party will bear its own costs and attorneys' fees relating to the dismissed claims.

Dated: March 25, 2008

SHORE CHAN BRAGALONE, LLP

By: _____
Jeffrey R. Bragalone

Attorneys for Plaintiff
DIAGNOSTIC SYSTEMS CORPORATION

\\
\\

1 | So Stipulated.

2 | Dated: March 25, 2008   The Bernstein Law Group, P.C.

By: /s/ Marc N. Bernstein
Marc N. Bernstein, Esq.

ATTORNEYS FOR DEFENDANT
F-SECURE, INC.