JEFFREY R. BRAGALONE (*pro hac vice*)
JENNIFER M. RYNELL (*pro hac vice*)
SHORE CHAN BRAGALONE LLP
325 N. St. Paul Street, Suite 4450
Dallas, TX 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
jbragalone@shorechan.com
jrynell@shorechan.com

DAN E. CHAMBERS (SBN 156853)
AKO S. WILLIAMS (SBN 212451)
RUTAN & TUCKER LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: (714) 641-5100
Facsimile: (714) 546-9035
dchambers@rutan.com
awilliams@rutan.com

*Attorneys for Plaintiff/Counter-Defendant*
*Diagnostic Systems Corporation*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DIAGNOSTIC SYSTEMS CORP., <br><br> *Plaintiff,* <br><br> vs. <br><br> SYMANTEC CORPORATION; F-SECURE, INC.; NETIQ CORPORATION; QUEST SOFTWARE, INC.; NETSCOUT SYSTEMS, INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION; SAP AMERICA, INC.; MICROSTRATEGY, INC. d/b/a MSIMICROSTRATEGY INCORPORATED; INFORMATION BUILDERS, INC.; ASPEN TECHNOLOGY, INC. d/b/a MASSACHUSETTS ASPEN TECHNOLOGY, INC. <br><br> *Defendants.* | CASE NO. SA CV 06-1211 DOC (ANx) **LEAD CASE (CONSOLIDATED** with Case No. SACVO7-960 AG (MLGx)) <br><br> **PLAINTIFF'S STIPULATION OF DISMISSAL OF QUEST SOFTWARE, INC.** <br><br> **DEMAND FOR JURY TRIAL** <br><br> The Honorable David O. Carter |

| | |
|---|---|
| 1 | DIAGNOSTIC SYSTEMS |
| 2 | CORPORATION, |
| 3 | _Plaintiff,_ |
| 4 | vs. |
| 5 | ORACLE CORPORATION; SAS INSTITUTE, INC.; |
| 6 | BUSINESS OBJECTS AMERICAS; fka BUSINESS OBJECTS INC.; |
| 7 | BMC SOFTWARE, INC.; COGNOS CORPORATION, |
| 8 | _Defendants._ |

CASE NO. SACV07-960 AG (MLGx))
**(CONSOLIDATED** with Case No. SA
CV 06-1211 DOC (ANx) **[LEAD CASE]**

9

10    Plaintiff and Counterdefendant Diagnostic Systems Corporation ("DSC") and

11  Defendant and Counterclaimant Quest Software, Inc. ("Quest") hereby inform the

12  Court that they have settled their respective claims for relief asserted against each

13  other in this action. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure

14  and the settlement reached between the parties, DSC and Quest hereby stipulate and

15  agree that all claims, counterclaims and other claims for relief that each party has

16

17

18

19

20

21

22

23

24

25

26

27

28

1 │ brought against the other be dismissed with prejudice, with each party bearing its

2 │ own expenses, costs, and attorneys' fees.

3 │

4 │ Dated: March 25, 2008                    SHORE CHAN BRAGALONE, LLP

5 │

6 │

7 │                                          By: _____

8 │                                                JEFFREY R. BRAGALONE

9 │                                          Attorneys for Plaintiff
  │                                          DIAGNOSTIC SYSTEMS CORPORATION

10 │ \\

11 │ \\

12 │ \\

13 │ \\

14 │ So Stipulated.

15 │

16 │ Dated: March 25, 2008                   PAUL, HASTINGS, JANOFSKY
  │                                              & WALKER LLP

17 │

18 │

19 │

20 │                                          By: _____
  │                                                STEPHEN S. KORNICZKY

21 │                                                JAMES V. FAZIO, III

22 │                                                AMY E. SIMPSON

23 │                                          Attorneys for Defendant/Counterclaimant,
  │                                          QUEST SOFTWARE, INC.

24 │

25 │

26 │

27 │

28 │

3          Case No. SA CV06-1211 DOC (ANx)