Dan S. Chambers (SBN 156853)/Ako S. Williams (SBN 212451)
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626
(714) 641-5100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DIAGNOSTIC SYSTEMS CORPORATIONS | CASE NUMBER SA CV06-1211 DOC (ANx) |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| SYMANTEC CORPORATION, etc., et al, | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, DAN E. CHAMBERS,                156853,              dchambers@rutan.com
          *Name*                                *CA Bar ID Number*                   *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Plaintiff DIAGNOSTIC SYSTEMS CORPORATION

and am requesting the following change(s):

## SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

                        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____  New Facsimile Number _____
New E-mail address _____

---

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS NOT ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____  CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____  Facsimile Number _____
E-mail address _____

---

G-6 (12/07)          NOTICE OF CHANGE OF ATTORNEY INFORMATION          Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

☒ TO BE REMOVED FROM THE CASE: **

I am no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me as counsel of record was filed on: _____.

☒ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: March 31, 2008

_____
*Attorney Signature*
Attorneys for Plaintiff DIAGNOSTIC SYSTEMS CORP

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.

## PROOF OF SERVICE BY E-MAIL

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931. My electronic notification address is crupert@rutan.com.

On April 1, 2008, I served on the interested parties in said action the within:

**NOTICE OF CHANGE OF ATTORNEY INFORMATION (REMOVING DAN E CHAMBERS)**

by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 1, 2008, at Costa Mesa, California.

_____           _Cyndee Rupert_ (Signature)
       Cyndee Rupert
    (Type or print name)

2275/026146-0001
837833.01 a03/26/08

| | | |
|---|---|---|
| 1 | | SERVICE LIST |
| 2 | David A. Nelson<br>Michael F. Harte | Attorneys for Symantec Corporation |
| 3 | Latham & Watkins<br>233 South Wacker Drive, Ste. 5800 | |
| 4 | Chicago, IL 60606 | |
| 5 | Email: david.nelson@lw.com<br>         michael.harte@lw.com | |
| 6 | | |
| 7 | Mark A. Flagel<br>Latham & Watkins<br>633 West 5th Street, Ste. 4000 | Attorneys for Symantec Corporation |
| 8 | Los Angeles, CA 90071 | |
| 9 | Email: mark.flagel@lw.com | |
| 10 | Jean Frizzell<br>Gibbs and Bruns | Attorneys for NetIQ Corporation |
| 11 | 1100 Louisiana Street, Ste. 5300<br>Houston, TX 77002 | |
| 12 | | |
| 13 | Email: jfrizzell@gibbs-bruns.com | |
| 14 | Harry A. Olivar, Jr.<br>Quinn, Emanuel, Urquhart, Oliver & Hedges<br>865 S Figueroa Street, 10th Floor | Attorneys for NetIQ Corporation |
| 15 | Los Angeles, CA 90017 | |
| 16 | Email: harryolivar@quinnemanuel.com | |
| 17 | Kevin M. Colmey<br>Courtney M. Baigrie | Attorneys for NetScout Systems, Inc. |
| 18 | Sullivan and Worcester<br>One Post Office Square | |
| 19 | Boston, MA 02109 | |
| 20 | Email: kcolmey@sandw.com | |
| 21 | Steve M. Hanle<br>Peter L. Wucetich | Attorneys for NetScout Systems, Inc. |
| 22 | Stradling, Yocca, Carlson & Rauth<br>660 Newport Center Drive, Ste. 1600 | |
| 23 | Newport Beach, CA 92660 | |
| 24 | Email: shanle@sycr.com<br>         pwucetich@sycr.com | |
| 25 | | |
| 26 | Richard S. Sanders<br>Jay Kesten | Attorneys for NetScout Systems, Inc. |
| 27 | Cooley, Godward & Kronish, LLP<br>800 Boylston Street, 46th Floor<br>Boston, MA 02199 | |
| 28 | Email: rsanders@cooley.com<br>         jkesten@cooley.com | |

2275/026146-0001
937833.01 a03/26/08

| | | |
|---|---|---|
| 1 | David A. Nelson | Attorneys for Oracle Corporation |
| 2 | Michael F. Harte | |
| | Latham & Watkins | |
| 3 | 233 South Wacker Drive, Ste. 5800 | |
| | Chicago, IL 60606 | |
| 4 | | |
| | Email: david.nelson@lw.com | |
| 5 | michael.harte@lw.com | |
| 6 | Mark A. Flagel | Attorneys for Oracle Corporation |
| | Latham & Watkins | |
| 7 | 633 West 5th Street, Ste. 4000 | |
| | Los Angeles, CA 90071 | |
| 8 | | |
| | Email: mark.flagel@lw.com | |
| 9 | | |
| | Behrooz Shariati | Attorneys for Business Objects Americas |
| 10 | James E. Glore | |
| | Jones Day | |
| 11 | 1755 Embarcadero Road | |
| | Palo Alto, CA 94303 | |
| 12 | | |
| | Email  bshariati@jonesday.com | |
| 13 | jeglore@jonesday.com | |
| 14 | Gregory L. Lippetz | Attorneys for Cognos Corporation |
| | Bingham McCutchen, LLP | |
| 15 | Three Embarcadero Center | |
| | San Francisco, CA 94111-4067 | |
| 16 | | |
| | Email: gregory.lippetz@bingham.com | |
| 17 | | |
| | Ryan M. Nishimoto | Attorneys for Cognos Corporation |
| 18 | Bingham McCutchen, LLP | |
| | 355 South Grand Avenue | |
| 19 | Los Angeles, CA 90071 | |
| 20 | Email: ryan.nishimoto@bingham.com | |
| 21 | Mike Powell | Attorneys for International Business Machines Corporation (IBM) |
| | Robert W. Stone | |
| 22 | Randall T. Garteiser | |
| | Quinn Emanuel, Urquhart, Oliver & Hedges | |
| 23 | 555 Twin Dolphin Drive, Ste. 560 | |
| | Redwood Shores, CA 94065 | |
| 24 | | |
| | Email: robertstone@quinnemanuel.com | |
| 25 | mikepowell@quinnemanuel.com | |
| | randygarteiser@quinnemanuel.com | |
| 26 | | |
| | Marc D. Alexander | Attorneys for Information Builders, Inc. |
| 27 | Adorno, Yoss, Alvarado & Smith | |
| | 1 MacArthur Place, Ste. 200 | |
| 28 | Santa Ana, CA 92707 | |
| | | |
| | Email: malexander@adorno.com | |

2275/026146-0001
837833.01 a03/26/08

| | | |
|---|---|---|
| 1 | Jeffrey C. Morgan | Attorneys for Information Builders, Inc. |
| 2 | Troutman Sanders, LLP | |
| | 600 Peachtree Street, N.E. | |
| 3 | Atlanta, GA 30308 | |
| 4 | Email  jeffrey.morgan@troutmansanders.com | |
| 5 | Behrooz Shariati | Attorneys for SAP America, Inc. |
| | Jones Day | |
| 6 | 1755 Embarcadero Road | |
| | Palo Alto, CA 94303 | |
| 7 | | |
| | Email  bshariati@jonesday.com | |
| 8 | | |
| | William J. Bohler | Attorneys for Microstrategy, Inc. |
| 9 | Elizabeth I Rogers | |
| | Wilmer, Cutler, Pickering, Hale and Dorr, LLP | |
| 10 | 1117 South California Avenue | |
| | Palo Alto, CA 94304 | |

2275/026146-0001
837833.01 a03/26/08