JEFFREY R. BRAGALONE (*pro hac vice*)
JENNIFER M. RYNELL (*pro hac vice*)
SHORE CHAN BRAGALONE LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
jbragalone@shorechan.com
jrynell@shorechan.com

RONALD P. OINES
MICHAEL D. ADAMS
RUTAN & TUCKER LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: (714) 641-5100
Facsimile: (714) 546-9035
roines@rutan.com
madams@rutan.com

*Attorneys for Plaintiff/Counter-Defendant
Diagnostic Systems Corporation*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DIAGNOSTIC SYSTEMS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYMANTEC CORPORATION; F-SECURE, INC.; NETIQ CORPORATION; QUEST SOFTWARE, INC.; NETSCOUT SYSTEMS, INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION; SAP AMERICA, INC.; MICROSTRATEGY, INC. d/b/a MSIMICROSTRATEGY INCORPORATED; INFORMATION BUILDERS, INC.; ASPEN TECHNOLOGY, INC. d/b/a MASSACHUSETTS ASPEN TECHNOLOGY, INC. <br><br> Defendants. | CASE NO. SA CV 06-1211 DOC (ANx) **LEAD CASE (CONSOLIDATED** with Case No. SACV07-960 AG (MLGx)) <br><br> **PLAINTIFF'S STIPULATION OF DISMISSAL OF NETSCOUT SYSTEMS, INC.** <br><br> **JURY TRIAL DEMANDED** <br><br> The Honorable David O. Carter |

| | |
|---|---|
| DIAGNOSTIC SYSTEMS CORPORATION,<br><br>   *Plaintiff,*<br><br>vs.<br><br>ORACLE CORPORATION;<br>SAS INSTITUTE, INC.;<br>BUSINESS OBJECTS AMERICAS; fka<br>BUSINESS OBJECTS INC.;<br>BMC SOFTWARE, INC.;<br>COGNOS CORPORATION,<br><br>   *Defendants.* | CASE NO. SACV07-960 AG (MLGx))<br>**(CONSOLIDATED** with Case No. SA CV 06-1211 DOC (ANx) **[LEAD CASE]** |

Plaintiff Diagnostic Systems Corporation ("DSC"), and Defendant NetScout Systems, Inc., ("NetScout") hereby inform the Court that they have resolved the dispute between DSC and NetScout.

Accordingly, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, DSC hereby dismisses with prejudice the claims asserted against NetScout in this action, and NetScout dismisses with prejudice all claims and counterclaims for declarations and fees asserted in this action against DSC. The parties stipulate that each party will bear its own costs and attorneys' fees relating to the dismissed claims.

Dated: February 11, 2009      SHORE CHAN BRAGALONE, LLP


By: _____
   Jeffrey R. Bragalone

Attorneys for Plaintiff
DIAGNOSTIC SYSTEMS CORPORATION

\\
\\
\\

Case 8:06-cv-01211-DOC-AN   Document 588   Filed 02/11/09   Page 3 of 6   Page ID #:7193

1  So Stipulated.

2  Dated: February 11, 2009         COOLEY GODWARD KRONISH LLP

3

4                                   By: /s/ Richard Sanders (by permission)
5                                        Richard S. Sanders, Esq.
6
7                                   ATTORNEYS FOR DEFENDANT
                                    NETSCOUT SYSTEMS, INC.
8

                        3         Case No. SA CV06-1211 DOC (ANx)

# PROOF OF SERVICE

I, Rachel Myrick, declare:

I am over the age of 18 years, am not a party to this Action, and am employed in the County of Dallas, Texas. My business address is SHORE CHAN BRAGALONE LLP, 901 Main Street, Suite 3300, Dallas, Texas 75202.

On February 11, 2009, I caused to be served the following documents:

1. **PLAINTIFF'S STIPULATION OF DISMISSAL OF NETSCOUT SYSTEMS, INC.**
2. **ORDER GRANTING PLAINTIFF'S STIPULATION OF DISMISSAL OF NETSCOUT SYSTEMS, INC.**

on the following individuals and entities, as addressed below in the Service List, by the means indicated below:

\_\_\_   **BY FEDERAL EXPRESS.** I caused above-identified document(s) to be placed in a sealed Federal Express envelope(s) with delivery fees fully prepaid, for delivery to addressee(s) on the next business day.

\_\_\_   **BY FACSIMILE.** I caused the above-identified document(s) to be sent by facsimile transmission to the party(ies) listed below at the facsimile number(s) shown.

\_\_\_   **BY HAND DELIVERY.** I directed a messenger/courier to personally deliver said document(s) to the addressees identified below on the same business day.

\_\_\_   **BY U.S. MAIL.** I caused the above-identified document(s) to be deposited for collection at Shore Chan Bragalone following the regular practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on this day.

  X   **ELECTRONIC MAIL.** I caused the above-identified document(s) to be sent by electronic mail via the Court's ECF filing system to all counsel of record for Defendants and electronic mail to all parties who have not registered for ECF filing.

I declare under penalty of perjury that the following is true and correct.

Executed at Dallas, Texas on February 11, 2009.

*/s/ Rachel Myrick*
Rachel Myrick

4    Case No. SA CV06-1211 DOC (ANx)

# SERVICE LIST

CASE NO. SA CV 06-1211 DOC (ANx)[**LEAD CASE**]

*DIAGNOSTIC SYSTEMS CORPORATION vs. SYMANTEC, et. al.*

(**CONSOLIDATED** with Case No. SACVO7-960 AG (MLGx))

*DIAGNOSTIC SYSTEMS CORPORATION vs. COGNOS CORPORATION, et. al.*

| | |
|---|---|
| Harry A. Olivar, Jr., Esq.<br>harryolivar@quinnemanuel.com<br>Jean C. Frizzell, Esq.<br>jfrizzell@gibbs-bruns.com<br>Jeremy L. Doyle, Esq.<br>jdoyle@gibbs-bruns.com<br>Sam W. Cruse, III, Esq.<br>scruse@gibbs-bruns.com<br>Mark A. Guigliano, Esq.<br>mgiugliano@gibbs-bruns.com<br><br>**Attorneys for Defendant NetIQ Corporation** | Mark A. Flagel, Esq.<br>mark.flagel@lw.com<br>David A. Nelson, Esq.<br>david.nelson@lw.com<br>Michael F. Harte, Esq.<br>michael.harte@lw.com<br>Michael W. DeVries<br>mike.devries@lw.com<br><br>**Attorneys for Defendant Symantec Corporation and Oracle Corporation** |
| Steven M. Hanle, Esq.<br>shanle@sheppardmullin.com<br>Richard S. Sanders, Esq.<br>rsanders@cooley.com<br>Jay Kesten, Esq.<br>jkesten@cooley.com<br>Alastair J.M. Findeis, Esq.<br>afindeis@cooley.com<br>Dev Batta<br>dbatta@cooley.com<br><br>**Attorneys for Defendant NetScout Systems, Inc.** | Behrooz Shariati, Esq.<br>bshariati@jonesday.com<br>James E. Glore, Esq.<br>jeglore@jonesday.com<br>Todd R. Miller<br>trmiller@jonesday.com<br>Greg Lanier<br>tglanier@jonesday.com<br><br>**Attorneys for Defendants Business Objects Americas f/k/a Business Objects, Inc. and SAP America, Inc.** |

| | |
|---|---|
| Jessie Amberg, Esq.<br>jessie.amberg@bingham.com<br>Ryan M. Nishimoto, Esq.<br>ryan.nishimoto@bingham.com<br>Robert W. Stone, Esq.<br>robertstone@quinnemanuel.com<br>David T. Pollock, Esq.<br>davidpollock@quinnemanuel.com<br>Randall T. Garteiser, Esq.<br>randygarteiser@quinnemanuel.com<br>Peter Mei<br>peter.mei@viplawgroup.com<br><br>**Attorneys for Defendant Cognos Corporation** | Robert W. Stone, Esq.<br>robertstone@quinnemanuel.com<br>David T. Pollock, Esq.<br>davidpollock@quinnemanuel.com<br>Michael D. Powell, Esq.<br>mikepowell@quinnemanuel.com<br>Randall T. Garteiser, Esq.<br>randygarteiser@quinnemanuel.com<br>Bobbie Eftekar<br>bobbieeftekar@quinnemanuel.com<br><br>**Attorneys for Defendant International Business Machines Corporation** |

William McElwain, Esq.
william.mcelwain@wilmerhale.com
James L. Quarles, III, Esq.
james.quarles@wilmerhale.com
William Bohler
william.bohler@wilmerhale.com
Christine Eileen Duh
christine.duh@wilmerhale.com
Elizabeth Rogers
elizabeth.rogers@wilmerhale.com
Timothy R. Jezek
timothy.jezek@wilmerhale.com
David Bassett
david.bassett@wilmerhale.com

**Attorneys for Defendant Microstrategy, Inc. d/b/a MSIMicrostrategy Incorporated**