UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAGNOSTIC SYSTEMS CORP., <br><br> **Plaintiff(s),** <br><br> v. <br><br> SYMANTEC CORPORATION, ET. AL., <br><br> **Defendant(s).** | CASE NO. SA CV06-1211-DOC(ANx) <br><br> **ORDER GRANTING PLAINTIFF'S STIPULATION OF DISMISSAL OF OF NETIQ CORPORATION** |

1   Before the Court is the Stipulation of Dismissal of NetIQ Corporation. The Court finds
2   that the Stipulation of Dismissal is well taken and is, accordingly GRANTED.
3   IT IS THEREFOR ORDERED that the claims and defenses asserted by Plaintiff
4   Diagnostic Systems Corporation against NetIQ Corporation in this action are hereby dismissed
5   with prejudice, and the claims, counterclaims, and defenses asserted by Defendant NetIQ
6   Corporation against Plaintiff Diagnostic Systems Corporation are also dismissed with prejudice.
7   IT IS FURTHER ORDERED that, with respect to costs and fees associated with
8   Defendant NetIQ Corporation, Diagnostic Systems Corporation and NetIQ Corporation are each
9   to pay their own costs and attorneys' fees.

13  DATED: May 29, 2009                     _____
                                              DAVID O. CARTER
14                                            United States District Judge

2