```
 1  JEFFREY R. BRAGALONE (pro hac vice)
    JENNIFER M. RYNELL (pro hac vice)
 2  SHORE CHAN BRAGALONE LLP
    901 Main Street, Suite 3300
 3  Dallas, TX 75202
    Telephone: (214) 593-9110
 4  Facsimile: (214) 593-9111
    jbragalone@shorechan.com
 5  jrynell@shorechan.com

 6  RONALD P. OINES
    MICHAEL D. ADAMS
 7  RUTAN & TUCKER LLP
    611 Anton Boulevard, Suite 1400
 8  Costa Mesa, California 92626-1931
    Telephone: (714) 641-5100
 9  Facsimile: (714) 546-9035
```

10  Attorneys for Plaintiff Diagnostic Systems Corp.

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                    SOUTHERN DIVISION

| | |
|---|---|
| Lead case: | **Lead Case No. 06-CV-1211 DOC (ANx)** |
| DIAGNOSTICS SYSTEMS CORPORATION, | Consolidated with<br>**Case No. 07-CV-960 DOC (ANx)** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S JOINT STIPULATION OF DISMISSAL OF IBM AND COGNOS** |
| SYMANTEC CORPORATION, *et al.*, | |
| Defendants. | |
| This document relates to: | |
| DIAGNOSTICS SYSTEMS CORPORATION, | |
| Plaintiff, | |
| vs. | |
| ORACLE CORPORATION, *et al.*, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1  Plaintiff Diagnostic Systems Corporation ("DSC"), and Defendants International
2  Business Machines Corporation and Cognos Corporation (collectively, "IBM") hereby
3  inform the Court that they have resolved the dispute between DSC and IBM.
4  Accordingly, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil
5  Procedure, DSC hereby dismisses with prejudice the claims asserted against IBM in
6  this action, and IBM dismisses with prejudice all claims and counterclaims for
7  declaration and fees asserted in this action against DSC. The parties stipulate that each
8  party will bear its own costs and attorneys' fees relating to the dismissed claims.

10  DATED: July 2, 2009            QUINN EMANUEL URQUHART
                                    OLIVER & HEDGES, LLP

         By _____
            Robert W. Stone
            David T. Pollock
            Randall T. Garteiser
            555 Twin Dolphin Drive, Suite 560
            Redwood Shores, California 94065
            Telephone: (650) 801-5000
            Facsimile: (650) 801-5100

            Attorneys for Defendant International
            Business Machines Corporation and
            Cognos Corporation

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1 | So Stipulated.

2 | Dated: July 2, 2009                    SHORE CHAN BRAGALONE LLP

By: *[signature]*
Jeffrey R. Bragalone
Jennifer M. Rynell
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

Attorneys for Plaintiff
DIAGNOSTIC SYSTEMS CORPORATION

# PROOF OF SERVICE

I, Rachel Myrick, declare:

I am over the age of 18 years, am not a party to this Action, and am employed in the County of Dallas, Texas. My business address is SHORE CHAN BRAGALONE LLP, 901 Main Street, Suite 3300, Dallas, Texas 75202.

On July 2, 2009, I caused to be served the following attached document:

**PLAINTIFF'S JOINT STIPULATION OF DISMISSAL OF IBM AND COGNOS**

on the following individuals and entities, as addressed below in the Service List, by the means indicated below:

___ **BY FEDERAL EXPRESS.** I caused above-identified document(s) to be placed in a sealed Federal Express envelope(s) with delivery fees fully prepaid, for delivery to addressee(s) on the next business day.

___ **BY FACSIMILE.** I caused the above-identified document(s) to be sent by facsimile transmission to the party(ies) listed below at the facsimile number(s) shown.

___ **BY HAND DELIVERY.** I directed a messenger/courier to personally deliver said document(s) to the addressees identified below on the same business day.

___ **BY U.S. MAIL.** I caused the above-identified document(s) to be deposited for collection at Shore Chan Bragalone following the regular practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on this day.

_X_ **ELECTRONIC MAIL.** I caused the above-identified document(s) to be sent by electronic mail to all counsel of record for Defendants.

I declare under penalty of perjury that the following is true and correct.

Executed at Dallas, Texas on July 2, 2009.

/s/ Rachel Myrick
/Rachel Myrick

## SERVICE LIST

CASE NO. SA CV 06-1211 DOC (ANx)[**LEAD CASE**]

*DIAGNOSTIC SYSTEMS CORPORATION vs. SYMANTEC, et. al.*

(**CONSOLIDATED** with Case No. SACV07-960 AG (MLGx))

*DIAGNOSTIC SYSTEMS CORPORATION vs. COGNOS CORPORATION, et. al.*

| | |
|---|---|
| Mark A. Flagel, Esq. | William McElwain, Esq. |
| mark.flagel@lw.com | william.mcelwain@wilmerhale.com |
| Michael W. DeVries, Esq. | James L. Quarles, III, Esq. |
| mike.devries@lw.com | james.quarles@wilmerhale.com |
| Carisa S. Yee, Esq. | William Bohler, Esq. |
| carisa.yee@lw.com | william.bohler@wilmerhale.com |
| Andrew Fossum, Esq. | Christine Eileen Duh, Esq. |
| andrew.fossum@lw.com | christine.duh@wilmerhale.com |
| Michael F. Harte, Esq. | Elizabeth Rogers, Esq. |
| mikeharte@quinnemanuel.com | elizabeth.rogers@wilmerhale.com |
| David Nelson, Esq. | Timothy R. Jezek, Esq. |
| davenelson@quinnemanuel.com | timothy.jezek@wilmerhale.com |
| Jennifer Bauer, Esq. | David Bassett, Esq. |
| jenniferbauer@quinnemanual.com | david.bassett@wilmerhale.com |

**Attorneys for Defendant**
**Symantec Corporation**
**and Oracle Corporation**

**Attorneys for Defendant**
**Microstrategy, Inc. d/b/a**
**MSIMicrostrategy Incorporated**

| | |
|---|---|
| Robert W. Stone, Esq. | Behrooz Shariati, Esq. |
| robertstone@quinnemanuel.com | bshariati@jonesday.com |
| David T. Pollock, Esq. | Todd R. Miller, Esq. |
| davidpollock@quinnemanuel.com | trmiller@jonesday.com |
| Randall T. Garteiser, Esq. | Greg Lanier, Esq. |
| randygarteiser@quinnemanuel.com | tglanier@jonesday.com |
| Peter Mei | James E. Glore, Esq. |
| peter.mei@viplawgroup.com | jeglore@jonesday.com |

**Attorneys for Defendants**
**International Business Machines**
**and Cognos Corporation**

**Attorneys for Defendants**
**Business Objects Americas f/k/a**
**Business Objects, Inc.**
**and SAP America, Inc.**