Jeffrey R. Bragalone (*pro hac vice*)
Jennifer M. Rynell (*pro hac vice*)
Glenn E. Janik (*pro hac vice*)
SHORE CHAN BRAGALONE LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone:  (214) 593-9110
jbragalone@shorechan.com
jrynell@shorechan.com
gjanik@shorechan.com

Ronald P. Oines (SBN 145016)
Michael D. Adams (SBN 185835)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:   714-546-9035
roines@rutan.com
madams@rutan.com

Attorneys for Plaintiff
DIAGNOSTIC SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DIAGNOSTIC SYSTEMS CORP., <br><br> *Plaintiff,* <br><br> vs. <br><br> SYMANTEC CORPORATION; et al. <br><br> *Defendants.* | CASE NO. SA CV 06-1211 DOC (ANx) **LEAD CASE (CONSOLIDATED** with Case No. SACVO7-960 AG (MLGx)) <br><br> **NOTICE TO COURT THAT ALL CLAIMS AND COUNTERCLAIMS BETWEEN ALL PARTIES HAVE BEEN DISMISSED, AND REQUEST THAT CASE BE CLOSED AND REMOVED FROM THE COURT'S DOCKET** |
| DIAGNOSTIC SYSTEMS CORP., <br><br> *Plaintiff,* <br><br> vs. <br><br> ORACLE CORPORATION; et al. <br><br> *Defendants.* | Pretrial Conference Date:  Jan. 26, 2010 <br> Trial Date:  Feb. 23, 2010 <br><br> Hon. Judge David O. Carter |
| *AND RELATED COUNTERCLAIMS.* | |

On January 20, 2010, the Court issued on Order continuing the Pretrial Conference in this case to January 26, 2010 [Dkt. No 945]. In light of this, Plaintiff Diagnostic Systems Corporation ("Plaintiff") wishes to bring to the Court's attention the fact that all claims and counterclaims of all parties have been dismissed. Plaintiff, therefore, requests that this case be closed and removed from the Court's docket.

Plaintiff filed suit against seventeen Defendants in this consolidated action. Each of those parties was dismissed pursuant to the following docket numbers: Symantec Corporation [Dkt. No. 718]; CA, Inc. [Dkt. No. 113]; Motive, Inc. [Dkt. No. 112]; F-Secure, Inc. [Dkt. No. 446]; NetIQ Corporation [Dkt. No. 671]; Quest Software, Inc. [Dkt. No. 445]; NetScout Systems, Inc. [Dkt. No. 593]; International Business Machines Corporation [Dkt. No. 679]; SAP America, Inc. [Dkt. No. 737]; MicroStrategy, Inc. d/b/a/ MSIMicroStrategy Incorporated [Dkt. No. 924]; Information Builders, Inc. [Dkt. No. 570]; Aspen Technology, Inc. d/b/a Massachusetts Aspen Technology, Inc. [Dkt. No. 447]; Oracle Corporation [Dkt. No. 940]; SAS Institute, Inc. [Dkt. No. 448]; Business Objects Americas FKA Business Objects Inc. [Dkt. No. 737]; BMC Software [Dkt. No. 449];  and Cognos Corporation [Dkt. No. 679]. Because there are no remaining Defendants in the case and all claims and counterclaims have been dismissed, Plaintiff hereby requests that the case be closed and the matter removed from the Court's docket.

Dated:  January 20, 2010			Respectfully submitted,

					By:   */s/ Jeffrey R. Bragalone*
						Jeffrey R. Bragalone (Pro Hac Vice)
						Jennifer M. Rynell (Pro Hac Vice)
						SHORE CHAN BRAGALONE LLP
						901 Main Street, Suite 3300
						Dallas, TX 75202
						jbragalone@shorechan.com
						jrynell@shorechan.com

| | |
|---|---|
| 1 | Ronald P. Oines (SBN 145016) |
| 2 | RUTAN & TUCKER, LLP |
| | 611 Anton Boulevard, Fourteenth Floor |
| 3 | Costa Mesa, California 92626-1931 |
| | roines@rutan.com |
| 4 | |
| 5 | **Attorneys for Plaintiff** |
| | **Diagnostic Systems Corporation** |