JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAGNOSTIC SYSTEMS CORP., ) <br> ) <br> **Plaintiff(s),** ) <br> ) <br> v. ) <br> ) <br> SYMANTEC CORPORATION, ET. AL.,) <br> ) <br> **Defendant(s).** ) <br> ) <br> _____ ) | CASE NO. SA CV06-1211-DOC(ANx) <br><br> **ORDER DISMISSING ACTION** |

1 | Court is receipt of a notice filed by plaintiff advising the Court that all claims and
2 | counterclaims have been dismissed, and there are no remaining defendants. Accordingly, the
3 | Court orders this matter dismissed it its entirety.

5 | IT IS SO ORDERED.

7 | DATED: January 29, 2010

                                                 _____
DAVID O. CARTER
United States District Judge

2